In the Matter of REAL PROPERTY OWNERS, INC., Respondent, v. MICHAEL P. GRACE, II, Appellant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

In the Matter of SEABRING ASSOCIATES, INC., Appellant, v. SCHOOL THRIFT INCORPORATED, Respondent. (Two proceedings.)—

Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.